No. 218. CITY OF FULTON *v.* PUBLIC SERVICE COMMISSION OF MISSOURI, ETC., ET AL. Error to the Supreme

Court of the State of Missouri. Submitted January 30, 1920. Decided March 1, 1920. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Pawhuska* v. *Pawhuska Oil Co.*, 250 U. S. 394. See *Chicago* v. *Dempcy*, 250 U. S. 651. *Mr. Eugene C. Brockmeyer* and *Mr. John Robison Baker* for plaintiff in error. *Mr. James D. Lindsay* for defendants in error.